UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL RONAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>*v.*<br><br>PLUG POWER INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No: 1:23-cv-876 (LEK/DJS)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF MOTION TO ENFORCE SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Samuel Ronan, *individually and on behalf of all others similarly situated*, and by and through undersigned counsel, hereby respectfully moves this Honorable Court for entry of an Order to enforce the Settlement Agreement. Specifically, Plaintiff requests that the Court order Defendant to finalize a Settlement Agreement that (1) provides for a term of the release ending November 30, 2023 as negotiated by the parties, and (2) limits Defendant's reversion, if any, to "returned or uncashed checks" as provided in the parties' agreement supported by written communications confirming these explicit terms.

Plaintiff's Counsel respectfully certify that they met and conferred with Counsel for Defendant in good faith to resolve the issues outlined in this motion and attached memorandum, but could not resolve these issues without Court intervention.

Dated: September 13, 2024         Respectfully Submitted,

*s/ Ryan A. Winters*
Joseph F. Scott (OH Bar No. 0029780) *
Ryan A. Winters (OH Bar No. 0086917) *
**SCOTT & WINTERS LAW FIRM, LLC**
Telephone: (216) 912-2221

50 Public Square, Suite 1900
Cleveland, OH 44113
Email: jscott@ohiowagelawyers.com
　　　rwinters@ohiowagelawyers.com

Kevin M. McDermott II (OH Bar No. 0090455) *
**SCOTT & WINTERS LAW FIRM, LLC**
Telephone: (216) 912-2221
11925 Pearl Rd., Suite 310
Strongsville, Ohio 44136
Email: kmcdermott@ohiowagelawyers.com

*and*

Seth R. Lesser (NY Bar No. SL5560)
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Email: seth@klafterlesser.com

*ATTORNEYS FOR PLAINTIFF AND FLSA COLLECTIVE ACTION PLAINTIFFS*

*\*PROCEEDING PRO HAC VICE*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including Counsel for Defendant:

Michael D. Billok, *Esq.*
Via Email: *mbillok@bsk.com*

BOND, SCHOENECK & KING, PLLC
268 Broadway, Suite 104
Saratoga Springs, New York 12866

*Attorney for the Defendant Plug Power Inc.*

Dated: September 13, 2024                *s/ Ryan A. Winters*
                                                            Ryan A. Winters (OH Bar No. 0086917)