UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL RONAN, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23-cv-876 (LEK/DJS) |

**ORDER PRELIMINARILY APPROVING SETTLEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)**

This matter is before the Court on Named Plaintiff Samuel Ronan, *individually and on behalf of all others similarly situated*, and Defendant Plug Power Inc.'s (collectively, the "Parties") Notice of Joint Motion for Preliminary Approval of FLSA Collective Action Settlement and Memorandum in Support, and the Court having considered all papers filed and proceedings herein, and having reviewed the record in the above-captioned action, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. This Court has jurisdiction over the subject matter of the above-captioned action, Defendant Plug Power Inc. ("Defendant" or "Plug Power"), Named Plaintiff Samuel Ronan ("Named Plaintiff"), and each individual who joins this Action by filing an Opt-In Consent Form (the "Opt-In Plaintiffs") pursuant to the Settlement Agreement and Release, and Exhibit 1 to the Settlement Agreement and Release – the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form.

2. The term "Settlement" shall refer to the Settlement Agreement and Release executed and filed by the parties in this case in connection with the Joint Motion for Preliminary

Approval of FLSA Collective Action Settlement and all attachments (including Exhibit C – the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form), and all terms herein shall have the same meaning as the terms defined in the Settlement Agreement and Release, unless specifically provided for herein.

3. The Court finds that the Settlement satisfies the standard for preliminary approval under Section 16(b) of the FLSA, 29 U.S.C. § 216. The Court finds that the Settlement resulted from arm's-length negotiations between experienced counsel after substantial investigation and negotiations. The Court has considered all of the relevant factors, including the risk, complexity, expense and likely duration of the litigation; the extent of investigation; the amount offered in the settlement; and the experience and views of the Parties' Counsel.

4. The Court preliminarily approves the Settlement, including the release of claims as set forth in the Settlement Agreement and Release.

5. The Court approves and authorizes the distribution of the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement and Release. Accordingly, the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form shall be distributed to all Potential Opt-Ins as defined in the Settlement Agreement.

6. The Court approves Settlement Services Inc. to serve as Settlement Administrator, and **ORDERS** the Settlement Administrator to distribute the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement and Release.

7. Potential Opt-Ins shall have 60-calendar days beginning immediately after the Settlement Administrator mails the Notice of Settlement and Opportunity to Join Collective

Action and Opt-In Consent Form to Potential Opt-Ins to opt-into the litigation by submitting an Opt-In Consent Form, as set forth in the Settlement Agreement and Release, unless otherwise agreed to in writing by the Parties, if good cause is determined by the Claims Administrator, or otherwise approved by the Court.

8. Individuals who wish to object to the settlement must do so within 60 calendar days after the settlement administrator mails the Notice of Settlement and Opportunity to Join Collective Action and Opt-In Consent Form.

9. A Final Approval Hearing addressing final approval of the settlement will be held on May 7th, 2025 at 11:00 a.m. in Courtroom 1 of the James T. Foley Courthouse, 445 Broadway, Albany, NY 12207. During this hearing, the court will hear from any objectors or other Participating Opt-Ins who wish to address the court and will hear argument from counsel regarding, *inter alia*, the following issues: whether the settlement warrants final approval under 29 U.S.C. § 216(b); whether the service award described in the Settlement Agreement should be approved; and whether the attorney's fees and litigation costs sought by Plaintiff's Counsel and described in the Settlement Agreement and Release should be approved.

10. Prior to the Final Approval Hearing, counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 9 above.

SO ORDERED on December 30, 2024.

HONORABLE LAWRENCE E. KAHN
United States District Judge