UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAMUEL RONAN, *individually and on behalf* )
*of all others similarly situated*, )
)
Plaintiff, )
) Case No. 1:23-cv-876 (LEK/DJS)
*v.* )
)
PLUG POWER INC., )
)
Defendant. )

**NOTICE OF JOINT MOTION FOR  FINAL APPROVAL OF FLSA
COLLECTIVE ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Named Plaintiff Samuel Ronan, *individually and on*

*behalf of all other similarly situated individuals who have joined this litigation* ("Participating

Opt-Ins") and Defendant Plug Power Inc. ("Defendant" or "Plug Power") (collectively referred

to as the "Parties"), and by and through undersigned counsel, respectfully and jointly move the

Court to enter a final order approving, as fair, reasonable, and adequate, the settlement of this

collective action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). In

addition to the attached Memorandum in Support, the parties attach the following exhibits in

support of this joint motion:

Exhibit A:     Proposed *Order Granting Joint Motion for Final Approval of Collective
               Action Settlement, and Other Associated Relief*;

Exhibit B:     Declaration of Aisha Lange [of Settlement Administrator Settlement
               Services, Inc.] re: Notice Mailing;

Exhibit C:     Final Participating Opt-In List; and

Exhibit D:     Declaration of Plaintiffs' Counsel Ryan A. Winters of
               Scott & Winters Law Firm, LLC.

If approved by the Court, the settlement will be distributed as follows: (i) $289,783.20 will be paid to the nineteen (19) Participating Opt-Ins, an average of $15,251.75 per individual; (ii) a $10,000 service award will be paid to Named and Representative Plaintiff Ronan; (iii) $199,980.00 in attorneys' fees (slightly less than one-third of the total $600,000.00 settlement fund) and $5,251.75 in costs will be paid to Plaintiffs' Counsel SCOTT & WINTERS LAW FIRM, LLC and KLAFTER LESSER LLP; and (iv) $24,500.00 will be paid to Settlement Administrator Settlement Services, Inc. as necessary costs of settlement administration.

Points and authorities supporting approval of the settlement were submitted in the parties' Notice of Joint Motion for Preliminary Approval of FLSA Collective Action Settlement, and Memorandum of Law in Support of Joint Motion for Final Approval of FLSA Collective Action Settlement (ECF Docs. 35, 35-1, respectively), which were adopted by the Court in its Order Preliminarily Approving Settlement Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) (ECF Doc. 36). Today's motion incorporates the earlier submissions and supplements their content. At the time of this filing, no person has asserted an objection to the settlement. The grounds for this Joint Motion are more fully set forth in the Memorandum of Law in Support of Joint Motion for Final Approval of FLSA Collective Action Settlement, and Other Associated Relief, which is filed contemporaneously.

Dated: April 30, 2025                                    Respectfully submitted,

/s/ Ryan A. Winters                                      /s/ Michael D. Billok
Joseph F. Scott* (OH - 0029780)                          Michael D. Billok
Ryan A. Winters* (OH - 0086917)                          BOND, SCHOENECK & KING, PLLC
Kevin M. McDermott II* (OH - 0090455)                    Bar Roll No. 516448
SCOTT & WINTERS LAW FIRM, LLC                            268 Broadway, Suite 104
11925 Pearl Rd., Suite 308                               Saratoga Springs, New York 12866
Strongsville, Ohio 44136                                 Telephone: (518) 533-3236
P: (216) 912-2221   F: (440) 846-1625                    Facsimile: (518) 533-3284
jscott@ohiowagelawyers.com                               Email: mbillok@bsk.com

2

rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com          *Attorney for Defendant Plug Power Inc.*

*and*

Seth R. Lesser (NY Bar No. SL5560)
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
E-mail: seth@klafterlesser.com

*Attorneys for Plaintiff*

*\*PROCEEDING PRO HAC VICE*


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt, including Counsel for Defendant:


Michael D. Billok, *Esq.*
Via Email: *mbillok@bsk.com*

BOND, SCHOENECK & KING, PLLC
268 Broadway, Suite 104
Saratoga Springs, New York 12866
Attorney for the Defendant Plug Power Inc.

Dated: April 30, 2025                          /s/ *Ryan A. Winters*
                                               Ryan A. Winters (OH - 0086917)