UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL RONAN, *individually and on behalf of all others similarly situated*,<br><br>                Plaintiff,<br><br>v.<br><br>PLUG POWER INC.,<br><br>                Defendant. | Case No. 1:23-cv-876 (LEK/DJS) |

### ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF

**AND NOW**, upon consideration of Named Plaintiff Samuel Ronan's and Defendant Plug Power Inc.'s "Notice of Joint Motion for Final Approval of Collective Action Settlement, and Other Associated Relief" and attached "Memorandum of Law in Support of Joint Motion for Final Approval of FLSA Collective Action Settlement, and Other Associated Relief," (the "Motion"), the "Settlement Agreement and Release" (Doc. No. 35-2, the "Settlement Agreement"), the "Declaration of Aisha Lange [of Settlement Class Administrator Settlement Services, Inc.] re: Notice Mailing," the "Final Participating Opt-In List," and all related filings, exhibits and declarations attached to the above and related filings (collectively referred to as the "Motion papers"), and the arguments and representations of counsel during the May 7, 2025, fairness hearing, and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

    1.    The Court **APPROVES** the Settlement Agreement and Final Participating Opt-In List, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

1

2. The Court **APPROVES** the total payment of $289,783.20, as well as the proposed distributions as listed in the Final Participating Opt-In List because, based on the evidence and arguments presented in the Motion papers and during the fairness hearing, all of the criteria described in Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216, favors approval. The Court approves the Final Participating Opt-In List and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

3. The Court **APPROVES** the "Release by Participating Opt-Ins" (Doc. No. 35-2 at 11, ¶ 4.1), as well as the other terms of the Settlement Agreement because, based on the evidence and arguments presented in the Motion papers and during the fairness hearing, the settlement was reached as a result of contested litigation and it is a fair and reasonable resolution of a *bona fide* dispute between the parties.

4. The Court **APPROVES** the payment of a $10,000.00 service award to the Named Plaintiff Samuel Ronan. The service award is justified by Plaintiff Ronan's efforts on behalf of the other Participating Opt-Ins and is consistent with awards in other wage and hour cases.

5. The Court **APPROVES** the total payment to Plaintiffs' Counsel in the amount of $199,980.00 in attorney's fees, in addition to $5,251.75 in litigation expenses because, based on the evidence and arguments presented in the Motion papers and during the fairness hearing, the fee payment – which amounts to 33.33% of the total $600,000.00 settlement fund – falls within the range of fees awarded by courts within this District and Circuit in other FLSA settlements. In addition, the reimbursed litigation expenses and costs of $5,251.75 incurred by Plaintiffs' Counsel were necessary and reasonable and are approved.

6. The Court **APPROVES** the payment to Settlement Class Administrator

Settlement Services, Inc. in the amount of $24,500.00 for settlement administration expenses because, based on the evidence and arguments presented in the Motion papers and during the fairness hearing, such settlement administration expenses are necessary and reasonable.

7. This action is **DISMISSED WITH PREJUDICE.** This Final Approval Order is a final judgment for purposes of appeal and this document shall be considered notice of entry of such judgment. There being no just reason for delay in the entry of final judgment, the Clerk is hereby directed to enter judgment thereon.

8. Without affecting the finality of this judgment in any way, the Court retains continuing jurisdiction over the parties for the purpose of construing, enforcing and administering this Order and the terms of the Settlement Agreement and Release (Doc. No. 35-2).

SO ORDERED on May 9, 2025.

_____
HONORABLE LAWRENCE E. KAHN
United States District Judge